IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00920-BNB

RONALD ALLEN MESTAS,

Plaintiff,

v.

BILL OWENS,
JOE ORTIZ,
KIM COLLYMORE,
MADELINE RAMIREZ, and
LUE ARCHULETA,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 03 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

In an order filed on May 5, 2008, Magistrate Judge Boyd N. Boland granted

Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this

action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to

pay an initial partial filing fee or to show cause why he has no assets and no means by

which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the

action would be dismissed without further notice if he failed either to pay the initial

partial filing fee or to show cause within thirty days. On May 16, 2008, the copy of

Magistrate Judge Boland's May 5 order that was mailed to Plaintiff was returned to the

Court undelivered. On May 19, 2008, Plaintiff filed a notice of change of address. On

May 20, 2008, Magistrate Judge Boland entered a minute order directing the clerk of

the Court to mail a copy of the May 5 order to Plaintiff at his new address.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Plaintiff has failed to respond to Magistrate Judge Boland's May 5 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 2 day of _____ July _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00920-BNB

Ronald Allen Mestas
Prisoner No. 100583
441 West County Road 16
Loveland, CO 80537

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _____7-3-8_____

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk